PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

07CR 0303

JUDGE BUCKLO

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 1:01CR00009-06 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
|  |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Lashon Andre Patterson<br>7249 South Wabash<br>Chicago, IL 60619 | Southern District of Ohio |  |
|  | NAME OF SENTENCING JUDGE<br>The Honorable S. Arthur Spiegel<br>United States Senior District Judge | |
|  | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>February 2, 2007 | TO<br>February 1, 2012 |

FILED
MAY 1 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**OFFENSE**

Conspiracy to Distribute Cocaine, a Class A Felony, in violation of 21 U.S.C. § 846 and 841(a)(1) and (b)(1)(A).

RECEIVED
APR 23 2007
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/11/07
_____
Date

_____
United States Senior District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 1 1 2007
_____
Effective Date

James F. Holderman
_____
United States District Judge

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
BY _____
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: MAY 1 7 2007



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

May 17, 2007

312-435-5698

United States District Court
Southern District of Ohio/Office of the Clerk
103 Potter Stewart
 United States Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Dear Clerk:

Re:  1:01CR00009-06 USA v. Lashon Andre Patterson - Judge S. Arthur Spiegel

   Our Case Number: 07 CR 303 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk,

by: *[signature]*
Marsha E. Glenn
Deputy Clerk

Enclosure