United States District Court
Southern District of Ohio, Western Division
706 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

May 23, 2007

**RECEIVED**

MAY 3 0 2007

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

CLERK, U.S. DISTRICT COURT
219 South Dearborn Street
Chicago, Illinois 60604

Re: *USA v. Lashon Andre Patterson* Your Case# 07 CR 303

Judy Bucko
Mag. Judge Valdez

Dear Clerk:

Enclosed please find the Order Transferring Jurisdiction signed by Judge S. Arthur Spiegel for the above listed defendant. Also enclosed are the certified copies of the indictment, judgment, transfer form, and docket sheet.

If you have any questions, please do not hesitate to call. I can be reached at 513-564-7650.

Please acknowledge receipt below and return a copy of this letter to the above address.

Sincerely,

JAMES BONINI, Clerk
Southern District of Ohio, Cincinnati

 s/Arthur Hill
Arthur Hill, Courtroom Deputy
(513) 564-7652

Attachments 1:01cr009-6

Date: JUN 0 1 2007    Your Case No: 07 CR 303    Clerk: MARSHA GLENN

AH